# EXHIBIT 1

# Title of the work: *Liane* (sconce, ca. 1950)

## Edition Modern Copy        Jean Royère Original




Artistic and economic value of the work: This variation of Jean Royère's *Liane* sconce, consisting of five arms starting from the same pod, is part of the Musée des Arts décoratifs collections in Paris. A variant of this model was sold by Christie's Paris for €1.3 million on June 30, 2020.

# Title of the work: *Mille Pattes*
# (standing lamp, ca. 1951)

## Edition Modern Copy             Jean Royère Original



Economic value of the work: On June 9, 2010, Phillips auction house in New York sold an original *Milles P*attes floor lamp for $74,500. In 2012, Phillips auction house in London sold an original *Milles P*attes floor lamp for £67,250.

# Title of the work: *Ours polaire / Polar Bear* (armchair, ca. 1949-1959)

## Edition Modern Copy         Jean Royère Original




Economic value of the work: On November 2, 2021, Christie's auction house in France sold a pair of *Ours Polaire* armchairs for €1,060,000. Christie's auction house in New York France sold an *Ours Polaire* armchair $380,000 on December 9, 2021.

# Title of the work: *Ours polaire / Polar Bear* (sofa, ca. 1947-1955)

## Edition Modern Copy

## Jean Royère Original









Economic value of the work: On November 2, 2021, Christie's auction house in France sold a pair of *Ours Polaire* armchairs for € 1,060,000. Christie's auction house in New York France sold an *Ours Polaire* armchair $380,000 on December 9, 2021.

4

# Title of the work: *Yo-Yo* (bar stool, ca. 1955)

## Edition Modern Copy    Jean Royère Original




YO-YO

Tabouret, vers 1955
Fer forgé et moleskine, 79 x ⌀ 34 cm
Stool, ca. 1955
Wrought iron, imitation leather, 31.1 x ⌀ 13

Economic value of the work: In 2015, a set of four *Yo-Yo* bar stools was auctioned at Christie's for $81,250. In 2013, a lot of three *Yo-Yo* bar stools sold at the Wright auction house for $27,500. In 2017, the same three *Yo-Yo* bar stools Wright auctioned in 2013 sold at auction at Phillips auction house in London for £50,000.

5

# Title of the work: *Bouquet*
# (8-branched chandelier, ca 1950)

## Edition Modern Copy                    Jean Royère Original




Jean Royère, Galerie Jacques Lacoste et Galerie Patrick Seguin, Turin, 2012, vol. 2, pp. 38

Artistic and economic value of the work: On June, 30th of 2021, Phillips auction house in London sold a *Bouquet* 8-branched chandelier for £90,000. Christie's New York sold a *Bouquet* 8-branched *Bouquet* chandelier for $60,000 on June, 8, 2016. Phillips auction house sold 8-armed *Bouquet* chandelier for £72,100 on April 25, 2013.

# Title of the work : *Coeur* (floor lamp ca. 1960)

## Edition Modern Copy      Jean Royère Original




Economic value of the work: On November 19, 2015, the Wright Auction House sold a *Coeur* floor lamp for $191,000.

7

# Title of the work: *Val d'Or* (coffee table, ca 1962)

## Edition Modern Copy          Jean Royère Original




Economic value of the work: On April, 30th 2009, Phillips auction house sold a Val d'Or coffee table for £17,500.

8