**LTL ATTORNEYS LLP**
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Caleb H. Liang (SBN 261920)
  caleb.liang@ltlattorneys.com
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiffs
Jean Royère SAS and
Jelena Markovic

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ROYÈRE SAS, a French business entity, and JELENA MARKOVIC, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EDITION MODERN, a California corporation, and DENIS DE LA MÉSIÈRE, an individual,<br><br>Defendants. | Case No. 2:22-cv-01507-HDV-JPR<br><br>Honorable Hernán D. Vera<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT**<br><br>Date:     August 11, 2023<br>Time:     TBD<br>Courtroom: TBD<br><br>[*Filed concurrently with Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Liang and Markovic Declarations; [Proposed] Judgment*]<br><br>Complaint Filed: March 4, 2022<br>FAC Filed:       July 1, 2022<br>SAC Filed:       Oct. 26, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on August 11, 2023[1] (at a time **TBD**), or as soon thereafter as the parties may be heard, at the United States Courthouse located at **TBD** before the Honorable Hernán D. Vera, Plaintiffs Jean Royère SAS and Jelena Markovic (collectively, "Plaintiffs") will and hereby do move this Court for partial summary judgment against Defendants Edition Modern and Denis de la Mésière (collectively, "Defendants").

This Motion is made pursuant to Federal Rule of Civil Procedure 56 on the grounds that, based upon the uncontroverted material facts, Plaintiff are entitled to judgment as a matter of law as to their cause of action for copyright infringement and the requested injunctive relief. For a copyright infringement claim, the plaintiff has the burden of proving by a preponderance of the evidence that:

1. the plaintiff is the owner of valid copyrights; and
2. the defendant copied original expression from the copyrighted work.

Here, Plaintiffs have met their burden. First, the undisputed evidence demonstrates that Jelena Markovic is the owner of valid French copyrights for furniture and lighting in the original works of Jean Royère, an iconic French designer. Mrs. Markovic inherited these rights as confirmed by both California and French courts. Further these copyrights meet the *Star Athletica* test set forth by the Supreme Court leading to the conclusion that the furniture and lighting are subject to copyright protection.

---

[1] Plaintiffs notice a hearing date of August 11, 2023, in compliance with Judge Sykes' Order issued on June 15, 2023 (*see* ECF No. 69) and the existing Case Management Order setting deadlines for dispositive motions. In compliance with the Court's Order issued today (ECF No. 71), Plaintiffs will re-notice the hearing date to one available after October 1, 2023, or as set by the Court.

Second, Defendants admit that the original works served as "inspiration" for their counterfeit furniture and lighting and that they copied the original works "as closely as possible" using the original Royère drawings and images, even going so far as to give their counterfeit products the identical names created by Royère.

Plaintiffs also respectfully request that Defendants be permanently enjoined from marketing, manufacturing, distributing, selling, and/or offering for sale in the United States any article that is substantially similar to the copyrights identified in Plaintiffs' Motion based on the harm caused by Defendants' continuing violations.

This Motion is based on the following: this Notice of Motion, accompanying Memorandum of Points and Authorities, Statement of Undisputed Facts and Conclusions of Law, and Declaration of Caleb Liang, Declaration of Vladimir Markovic, and all other papers, documents or exhibits on file or to be filed in this action, the argument to be made at the hearing on the Motion, and any and all other matters this Court deems just and necessary.

## Compliance With L.R. 7-3

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 2 and 9, 2023.

Dated: June 23, 2023       **LTL ATTORNEYS LLP**

By:   */s/ Prashanth Chennakesavan*

Prashanth Chennakesavan (S.B. #284022)
prashanth.chennakesavan@ltlattorneys.com
Caleb H. Liang (S.B. #261920)
caleb.liang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiffs
Jean Royère SAS and
Jelena Markovic